# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | 5:06-CR-45 |
| | § | |
| **JOHNNY EDWARD ROBINSON** | § | |

## MEMORANDUM ORDER

The above-entitled and numbered criminal action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections were filed to the Report and Recommendation. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Defendant's plea of true to the fifth allegation is **ACCEPTED**. It is further

**ORDERED** that Defendant's supervised release is **REVOKED**. Based upon Defendant's plea of true to the fifth allegation, the Court finds Defendant violated his conditions of supervised release. It is further

**ORDERED** that Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months and one (1) day, said sentence to be served concurrently with the sentence imposed on Defendant in *State of Texas v. Johnny Robinson*, District Court of Bowie County, Texas, No. 09F0159-005, with no term of supervised release to follow said term of imprisonment. It is further

**REQUESTED** that the Bureau of Prisons designate the TDCJ Institutional Division for

service of sentence.

**SIGNED this 1st day of February, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE